

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-18-00027-CV

---

IN RE UNITED PARCEL SERVICE, INC., AND WILLIE G. SMITH

---

Original Mandamus Proceeding

---

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Relators United Parcel Service, Inc., and Willie G. Smith have filed a motion seeking abatement of this original proceeding for purposes of effectuating a settlement agreement reached by the parties. Although we cannot return jurisdiction over this original proceeding to the trial court—the effect of a traditional abatement—given that the trial court never had jurisdiction over this matter, we can and will accomplish the relators' desired end by lifting the stay we entered in this matter and by holding this matter in abeyance for a period of thirty days.

We hereby rescind the order entered by this Court on April 19, 2018, and, thereby, lift the stay of trial court proceedings in cause number 15-0814 in the 71st Judicial District Court of Harrison County, Texas. The parties are free to effectuate their settlement agreement in the trial court in the referenced cause.

We further hold this original proceeding in abeyance for a period of thirty days, or until June 7, 2018, for purposes of allowing the parties to effectuate their settlement in trial court cause number 15-0814. If the settlement has been effectuated by June 7, the relators are instructed to file a motion to dismiss this original proceeding in accordance with the parties' settlement agreement. If the settlement agreement has not been effectuated by June 7, the relators are instructed to file a report informing this Court about the status of the matter.

IT IS SO ORDERED.

BY THE COURT

Date: May 8, 2018